**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00439-CV

### JOHN PANIAGUA; AND HERMELINDA MARAVILLA CORONA AND JOSE CAMERINO MARAVILLA, SR., INDIVIDUALLY, AS PERSONAL REPRESENTATIVES OF THE ESTATE OF JOSE CAMERINO MARAVILLA, DECEASED, ET AL., Appellants

### V.

### WEEKLEY HOMES, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02097**

## ORDER

The reporter's record in this case has not been filed. By letter dated August 29, 2019, we informed appellants the court reporter notified us that the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification showing the reporter's record had been requested and that appellants had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellants have not

provided the required documentation nor otherwise corresponded with the Court regarding the status of the reporter's record. Accordingly, we **ORDER** this appeal submitted without a reporter's record.

Appellants' brief is due **THIRTY DAYS** from the date of this order.


/s/    ERIN A. NOWELL
        JUSTICE